UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Keyan Billington<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  19-09883<br><br>Chapter:  13<br>Honorable Donald R. Cassling |

**ORDER APPROVING SALE OF VEHICLE AND SHORTEN NOTICE**

THIS MATTER coming to be heard on the Motion of the Debtor to Approve Sale of Real Vehicle;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

The Debtor is permitted to sell the 2017 Volkwagen Jetta for $5,500.00.

No objection to the motion having been lodged within the time required by Fourth Amended General Order No. 20-03, any potential objections have been waived, and the motion is therefore granted.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  December 16, 2021

**Prepared by:**

Hinds Law, LLC
211 W Wacker, Suite 321
Chicago, IL 60606